UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUTHOR RAY TURNER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:16-cv-2593 ) Judge Aleta A. Trauger ) |
| CHERRY LINDAMOOD, Warden | ) ) |
| Respondent. | ) ) |

# ORDER

For the reasons set forth in the accompanying Memorandum, the petitioner Author Ray Turner's motion to seek permission for leave to return to the trial court with sufficient notice to file and to preserve due process and double jeopardy claims, construed as a motion to amend the petition, (ECF No. 30) is **DENIED**. The petitioner's motion to ascertain status of motion, (ECF No. 33) is **DENIED as moot**.

IT IS SO ORDERED.

ENTER this 29th day of November 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE